MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
SARAH J. GIVAN (No. 238301)
Email: sgivan@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiff and Counterdefendant
THE SAUL ZAENTZ COMPANY d.b.a.
TOLKIEN ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SAUL ZAENTZ COMPANY d.b.a. TOLKIEN ENTERPRISES,<br><br>                    Plaintiff,<br><br>     v.<br><br>WOZNIAK TRAVEL, INC.,<br><br>                    Defendant. | No. C 06 5421 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE |
| AND RELATED COUNTERCLAIM. | |

STIPULATION AND [PROPOSED] ORDER RESETTING CMC

-1-

1  WHEREAS, the initial case management conference in this matter is set for January 8, 2007 at 4:00 p.m.;

3  WHEREAS, the parties have met and conferred regarding the required case management issues and are in the process of drafting a case management statement for submission to the Court;

6  WHEREAS, the parties have selected an alternative dispute resolution procedure and have agreed to conduct an early private mediation;

8  WHEREAS, Plaintiff and Counterdefendant The Saul Zaentz Company's lead trial counsel and its undersigned counsel will both be out of town and unavailable on January 8, 2007 and

11  WHEREAS, the parties have identified a mutually-agreeable mediator and have scheduled a mediation in San Francisco on February 2

13  NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate, subject to the approval of this Court, that the initial case management conference in this matter be reset for 4:00 p.m. on Monday, February 5, 2007.

## ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

| | |
|---|---|
| DATED: December 22, 2006. | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br>A Professional Corporation |
| | By: _____/s/_____<br>JEFFREY E. FAUCETTE |
| | Attorneys for Plaintiff and Counterdefendant THE SAUL ZAENTZ COMPANY d.b.a. TOLKIEN ENTERPRISES |
| DATED: December 22, 2006. | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| | By: _____/s/_____<br>JEFFREY G. KNOWLES |
| | Attorneys for Defendant and Counterclaimant WOZNIAK TRAVEL, INC. |

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS ORDERED THAT the initial case management conference in this matter is reset for 4:00 p.m., February 5, 2007.

DATED: __12/28/06_____     _____
                                     HON. MARILYN HALL PATEL
                                     UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RESETTING CMC
-3-