1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  BLAKE J. LAWIT (No. 211812)
   Email: blawit@howardrice.com
3  SARAH J. GIVAN (No. 238301)
   Email: sgivan@howardrice.com
4  REBECCA M. KAHAN (No. 244423)
   Email: rkahan@howardrice.com
5  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
6  A Professional Corporation
   Three Embarcadero Center, 7th Floor
7  San Francisco, California 94111-4024
   Telephone: 415/434-1600
8  Facsimile: 415/217-5910

9  Attorneys for Plaintiff and Counterdefendant
   THE SAUL ZAENTZ COMPANY d.b.a.
10 TOLKIEN ENTERPRISES

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15 THE SAUL ZAENTZ COMPANY d.b.a.    | No. C 06 5421 MHP
   TOLKIEN ENTERPRISES,              |
16                                   | STIPULATION AND [PROPOSED]
                Plaintiff,           | ORDER RE CASE SCHEDULING
17                                   |
       v.                            |
18                                   |
   WOZNIAK TRAVEL, INC.,             |
19                                   |
                Defendant.           |
20                                   |
   AND RELATED COUNTERCLAIM.         |
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

On February 7, 2007, the Court set the following scheduling order and deadlines during a Case Management Conference (the "Case Management Conference deadlines"):

| | |
|---|---|
| Witness Disclosure: | June 29, 2007; |
| Fact Discovery Cut-off: | July 31, 2007; |
| Stipulation Re: Summary Judgment Scheduling: | August 6, 2007 |
| Case Management Conference (if no Stipulation filed): | August 6, 2007, 3:00 p.m.; |
| Initial Expert Designations: | August 13, 2007; |
| Initial Expert Reports: | September 14, 2007; |
| Rebuttal Expert Designations: | September 14, 2007; |
| Rebuttal Expert Reports: | October 12, 2007; |
| Expert Discovery Cut-off: | October 31, 2007. |

The parties have noticed a series of party and non-party depositions during the month of July (the "Noticed Depositions"). Both parties are also responding to outstanding requests for production issued by the opposing party and are continuing to meet and confer in an attempt to resolve disputes concerning the scope of these requests.

The parties have agreed to a short, one month extension of the Case Management Conference deadlines in order to (1) facilitate the scheduling of the Noticed Depositions in accordance with the schedules of the witnesses and counsel; and (2) to provide an adequate opportunity prior to the Noticed Depositions to review documents that will be produced pursuant to the outstanding requests for production.

Furthermore, there have been no previous extensions of any discovery related deadlines in this case.

IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that the Case Management Conference deadlines be modified accordingly:

| | |
|---|---|
| Witness Disclosure: | July 27, 2007; |
| Fact Discovery Cut-off: | August 31, 2007; |
| Stipulation Re: Summary Judgment Scheduling: | September 10, 2007; |


HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING
-1-

| | |
|---|---|
| Case Management Conference (if no Stipulation filed): | September 10, 2007, 3:00 p.m.; |
| Initial Expert Designations: | September 14, 2007; |
| Initial Expert Reports: | October 12, 2007; |
| Rebuttal Expert Designations: | October 12, 2007; |
| Rebuttal Expert Reports: | November 12, 2007; |
| Expert Discovery Cut-off: | November 30, 2007. |

DATED: June 22, 2007.

Respectfully,

MARTIN R. GLICK
BLAKE J. LAWIT
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
    BLAKE J. LAWIT

Attorneys for Plaintiff and Counterdefendant

THE SAUL ZAENTZ COMPANY d.b.a.
TOLKIEN ENTERPRISES

DATED: June 22, 2007.

JEFFREY G. KNOWLES (SB# 129754)
JULIA D. GREER (SB# 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP

LAURA J. HEIN (*pro hac vice*)
NORMAN M. ABRAMSON (*pro hac vice*)
GRAY, PLANT, MOOTY, MOOTY & BENNETT

By: _____
    LAURA J. HEIN

Attorneys for Defendant and Counter-Claimant
WOZNIAK TRAVEL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/3/2007

_____
UNITED STATES DISTRICT JUDGE

[STAMP: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION AND [PROPOSED] ORDER RE:
-2-