FILED

FEB 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SAUL ZAENTZ COMPANY d.b.a. TOLKIEN ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>WOZNIAK TRAVEL, INC.,<br><br>Defendant. | Case No. C 06 5421 MHP<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| AND RELATED COUNTER-CLAIMS | |

Dean C. Eyler, an active member in good standing of the bar of U.S. District Court of Minnesota, whose business address and telephone number is 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, (612) 632-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Wozniak Travel, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/21, 2008

Judge Marilyn Hall Patel
United States District Judge